

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00437-CV

LARRY STILLWELL AND/OR ALL                                        APPELLANT
OTHER OCCUPANTS OF 11829
COTTONTAIL DRIVE, FORT
WORTH, TEXAS 76248

V.

AH4R I TX, LLC                                                   APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

This is an appeal from the trial court's judgment awarding possession of

real property to AH4R I TX, LLC in a forcible detainer suit. In a motion for

extension of time to file a brief, appellant informed this court that he had already

vacated the premises at issue. This court informed appellant that it appeared

---

[1]See Tex. R. App. P. 47.4.

that the appeal is now moot and could be dismissed for want of jurisdiction unless he, or any other party, filed a response showing otherwise. We have not received a response.

An appeal in a forcible detainer action becomes moot when the appellant ceases to have actual possession of the property unless the appellant holds and asserts a meritorious claim of right to current, actual possession of the premises. *Marshall v. Housing Auth. of San Antonio*, 198 S.W.3d 782, 787–88 (Tex. 2006); *Brewer v. Green Lizard Holdings, L.L.C.*, No. 02-13-00119-CV, 2013 WL 5303064, at *1 (Tex. App.—Fort Worth Sept. 19, 2013, no pet.) (mem. op.). Because we have not received any response showing that appellant holds and is asserting a meritorious claim as to current, actual possession of the premises, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a); *Marshall*, 198 S.W.3d at 790; *Wigenton v. Housing Auth. of City of Dallas*, No. 05-13-01172-CV, 2014 WL 1018651, at *1 (Tex. App.—Dallas Mar. 17, 2014, no pet. h.) (mem. op.). For the same reason, we need not rule on appellant's motion to extend the time to file a brief.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: April 24, 2014